ADAM WANG (STATE BAR NO. 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Telephone:   (408) 292-1040
Facsimile:   (408) 292-1045

Attorneys for Plaintiffs
Tie-Jin Shen, Ce Chen Tom Tang,
Tony Tang, San-Lin Shi & Jian-Guo Qin

MARK J. BLUER (SBN 157071)
SUSAN G. BLUER (SBN 125909)
BLUER & BLUER, LLP
300 Montgomery Street, Suite 500
San Francisco, California 94104
Telephone: (415) 989-1281
Facsimile: (415) 358-4306

Attorney for Defendants
Lucy's Asia Bistro, Liao Lucia &
Margarette Ting

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIE-JIN SHEN, ET AL<br><br>Plaintiffs,<br>vs.<br><br>LUCY'S ASIA BISTRO, ET AL,<br><br>Defendants | Case No. C06-07706 TEH<br><br>**STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE ON AUGUST 20, 2007 & ORDER THEREON** |

    The parties to the above-entitled case stipulate to continue the further case management conference currently set for August 20, 2007 as follows:

    2.    On December 15, 2006, Plaintiffs Tie-Jin Shen, Ce Chen, and Tom Tang filed a complaint against Defendants, alleging, among other things, unpaid overtime, and seeking compensatory damages, liquidated damages and other penalties under both Fair Labor Standards Act ("FLSA") and California Labor Code.

3. On January 3, 2007, Plaintiffs Tie-Jin Shen, Ce Chen, and Tom Tang filed a First Amended Complaint, adding Tony Tang as a plaintiff.

4. On May 25, 2007, Plaintiffs file a motion for leave to file the Second Amended Complaint. Defendants did not file oppose to the motion. On June 13, 2007, this Court entered an order granting Plaintiffs the leave to file the Second Amended Complaint. On the same day, Plaintiffs filed the Second Amended Complaint.

5. On July 2, 2007, at the further Case Management Conference, upon learning there may be more ex-employees of Defendant Lucy's Asia Bistro who have not been paid overtime and may join in as plaintiffs, the Court continued the Case Management Conference to August 20, 2007 to allow all possible plaintiffs to join in this proceeding.

5. On August 8, 2007, after careful consideration, Guan-Yu Li, Xiang Lin and Zhang-Yi Chen finally decided to join in this proceeding.

6. On August 13, 2007, Plaintiff file the second motion for leave to amend the complaint, seeking to add three additional plaintiffs. The motion is set for hearing on September 17, 2007

7. In light of the pending motion to amend, parties hereby stipulate to continue the further case management conference current set for August 20, 2007 to September 17, 2007 at 10:30 A.M. when the motion to amend is heard.

Dated: August 13, 2007                      DAL BON & WANG
                                            ADAM WANG

                                            By: /s/ Adam Wang
                                                Attorney for Plaintiffs
                                                Tie-Jin Shen, Ce Chen Tom Tang,
                                                Tony Tang, San-Lin Shi & Jian-Guo Qin

Dated: August 14, 2007                      BLUER & BLUER, LLP

                                            By: /s/ Mark J. Bluer
                                                Attorney for Defendants
                                                Lucy's Asia Bistro, Liao Lucia &
                                                Margarette Ting

ORDER

Good Cause Appearing, it is hereby ordered that the further case management conference currently set for August 20, 2007 be continued to September 24, 2007 at 10:00 A.M. The hearing on the Motion for Leave is continued to Monday, September 24, 2007 at 10:00 AM.

IT IS SO ORDERED.

Dated: August 14, 2007       By: _____
                             THELTON E. HENDERSON, JUDGE
                             UNITED STATES DISTRICT COURT

