ADAM WANG (STATE BAR NUMBER 201233)
DAL BON & WANG
12 South First Street, Suite 613
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 292-1045

Attorney for Plaintiffs
Tie-Jin Shen, Ce Chen, Tom Tong, Tony Tang, San-Lin Shi, and Jian Guo Qin

MARK J. BLUER (SBN 157071)a
SUSAN G. BLUER (SBN 125909)
BLUER AND BLUER GROUP LLP
300 Montgomery St. Suite 500
San Francisco, California 94104
Telephone: (415) 989-1281
Facsimile: (415) 358-4306

Attorney for Defendants
Lucy's Asia Bistro, Liao Lucia and Margarette Ting

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIE-JIN SHEN, et al<br><br>Plaintiff,<br><br>vs.<br><br>LUCY'S ASIA BISTRO, et al<br><br>Defendants | Case No.: C06-7706 THE (WDB)<br><br>STIPULATION TO CONTINUE THE HEARING FOR PLAINTIFF'S MOTION FOR PROTECTIVE ORDER RELIEVING PLAINTFFS FROM APPEARING AT AUGUST 6, 2007 DEPOSITION & [PROPOSED] ORDER |

The parties in the above-entitled case stipulate to continue the hearing date for "Plaintiff's Motion For Protective Order Relieving Plaintiffs From Appearing at August 6, 2007 Deposition" currently set for September 12, 2007 as follows:

1                                          Case No.   C06-7706THE(WDB)

STIPULATION TO CONTINUE HEARING
Shen, et al vs. Lucy's Asia Bistro, et al

2. On August 5, 2007 Plaintiff filed a "Motion for Protective Order Relieving Plaintiffs From Appearing at August 6, 2007 Deposition" ("the Motion")

3. The Motion is currently set for hearing on September 12, 2007.

4. Parties are currently in the process of further meet and confer, making arrangements to resolve this matter without burdening the court.

5. Therefore, Plaintiffs and Defendants, through their respective attorneys, hereby stipulate to continue the hearing on the Motion currently set for September 12, 2007 to October 23, 2007, at 1:30 p.m.

Dated: August 23, 2007

DAL BON & WANG
ADAM WANG

_/s/ Adam Wang_

Attorney For Plaintiffs
Tie-Jin Shen, Ce Chen, Tom Tong, Tony Tang, San-Lin Shi, and Jian Guo Qin

Dated: August __, 2007

By: ___/s/ Mark Bluer___

Attorney for Defendants
Lucy's Asia Bistro, Liao Lucia and Margarette Ting

[PROPOSED] ORDER

Pursuant to Parties' stipulation, IT IS SO ORDERED.

Dated: August 27, 2007

By: _____
WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE