IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIE-JIN SHEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LUCY'S ASIA BISTRO, et al.,<br><br>　　　　　Defendants. | NO. C06-7706 TEH<br><br>ORDER GRANTING<br>PLAINTIFFS' MOTION FOR<br>LEAVE TO FILE THIRD<br>AMENDED COMPLAINT AND<br>ORDER SETTING CASE<br>MANAGEMENT CONFERENCE |

　　With good cause appearing, the Court hereby GRANTS Plaintiffs' unopposed motion for leave to file a third amended complaint. Plaintiffs shall file the amended complaint on or before **September 14, 2007.** IT IS FURTHER ORDERED that the case management conference scheduled for September 24, 2007, at 10:00 AM, shall be continued to **January 14, 2008, at 1:30 PM.** The parties shall meet and confer and file a joint case management statement on or before **January 7, 2008.**

**IT IS SO ORDERED.**

Dated: 09/06/07

　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT