```
 1  Lawrence Wong, (SBN: 80852)
 2  Edward Hung (SBN: 221232)
    WONG & ASSOCIATES
 3  413 Third Street
    Oakland, CA 94607
 4  Telephone: 510-451-2124
    Facsimile: 510-451-2448
 5
 6  Attorneys for Defendants
    LUCY'S ASIA BISTRO,
 7  MARGARETTE TING
    and LUCIA LIAO
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TIE-JIN SHEN, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>LUCY'S ASIA BISTRO, ET AL.<br><br>Defendants. | CASE NO.: C06-07706 TEH<br><br>STIPULATION TO SUBSTITUE WONG AND ASSOCIATES AS COUNSEL FOR LUCY'S ASIA BISTRO, MARGARETTE TING AND LUCIA LIAO |
|---|---|

WHEREAS, LUCY'S ASIA BISTRO, MARGARETTE TING and LUCIA LIAO have retained the firm of Wong and Associates to represent them in the above-captioned matter pending before this Court; and

WHEREAS LUCY'S ASIA BISTRO, MARGARETTE TING and LUCIA LIAO will no longer be represented by Mark Bluer, Bluer & Bluer, LLP;

NOW, THEREFORE, IT IS HEREBY STIPULATED THAT Mark Bluer of Bluer & Bluer hereby withdraws as counsel for LUCY'S ASIA BISTRO, MARGARETTE TING and LUCIA LIAO, and Wong and Associates shall substitute in as new counsel for LUCY'S ASIA

---

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR LUCY'S ASIA BISTRO, ET AL
CASE No.: C06-07706 TEH

1

BISTRO, MARGARETTE TING and LUCIA LIAO. All notices henceforth should be sent to LAWRENCE WONG and EDWARD HUNG of Wong and Associates.

I CONSENT TO THIS SUBSTITUTION.

Dated: 9-18-07

*/s/ Lucia T. Liao*
LUCY'S ASIA BISTRO
By Lucia Liao

Dated: 9-18-07

*/s/ Margarette Ting*
Margarette Ting

Dated: 9-18-07

*/s/ Lucia T. Liao*
Lucia Liao

BLUER & BLUER

Dated: 9/21/07

*/s/ Mark J Bluer*
Mark Bluer

I ACCEPT THIS SUBSTITUTION.

Dated: 9/28/07

WONG AND ASSOCIATES

*/s/ Edward Hung*
Edward Hung
Edward.Hung@sbcglobal.net

PURSUANT TO STIPULATION, Edward Hung and Wong and Associates are hereby substituted in as counsel for LUCY'S ASIA BISTRO, MARGARETTE TING and LUCIA LIAO. Mark Bluer and BLUER & BLUER are no longer counsel for LUCY'S ASIA BISTRO.

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

---

STIPULATION TO SUBSTITUTE WONG & ASSOCIATES AS COUNSEL FOR LUCY'S ASIA BISTRO, ET AL.
CASE No.: C06-07706 TEH

2

1  MARGARETTE TING and LUCIA LIAO. All notices should henceforth be sent to Mr. Hung
2  and Wong and Associates.
3     IT IS SO ORDERED.
4
5
6  Dated:
7
8  _____
   United States Magistrate Judge



IT IS SO ORDERED
Judge Thelton E. Henderson
10/04/07