ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 613
SAN JOSE, CA 95113
Tel: (408) 292-1040
Fax: (408) 286-6619

Attorneys for Plaintiffs

EDWARD HUNG
WONG & ASSOCIATES
413 3rd Street
Oakland, CA 94607
Phone: 510-451-2124

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIE-JIN SHEN, et al<br><br>         Plaintiff,<br><br>    vs.<br><br>LUCY'S ASIA BISTRO, et al<br><br>         Defendants | Case No.: C06-7706 THE<br><br>STIPULATION TO DISMISS WITH PREJUDICE WITH RESPECT TO CE CHEN & ORDER THEREON |

Plaintiff Ce Chen and defendants, through their respective counsel, hereby stipulate as follows:

1. Plaintiff Ce Chen and Defendants have reached a settlement with respect to the claims of the plaintiff Ce Chen against defendants Lucy's Asia Bistro, Liao Lucia, and Margarette Ting.

2. As such, parties hereby stipulate to dismiss Ce Chen's claims with prejudice.

1                                                        RESPECTFULLY SUBMITTED,

2 Dated: March 19, 2008                By:    /s/ ADAM WANG
3                                                       Adam Wang
                                                      Attorney for Plaintiff

5 Dated: March 19, 2008                By:    /s/ EDWARD HUNG
                                                      Edward Hung
                                                    Attorney for Defendants

                                      ~~[PROPOSED]~~ ORDER

        Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: May __13__, 2008                                      _____
                                                      Thelton E. Henderson
                                                      United States District Judge

2                                                                        C06-7706 TEH
STIPULATION TO DISMISS
Shen, et al v. Lucy's Asis Bistro, et al