IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIE-JEN SHEN, et al.,

                  Plaintiffs,

v.

LUCY'S ASIA BISTRO, et al.,

                  Defendants.

NO. C06-7706 TEH

ORDER REQUIRING
STATEMENT BY PLAINTIFFS
RE: NOTICES OF BANKRUPTCY
FILED BY DEFENDANTS LIAO
AND TING

On July 7, 2009, Defendant Lucy's Asia Bistro filed a notice of bankruptcy, and Plaintiffs filed a statement acknowledging that the case against Lucy's Asia Bistro was therefore effectively stayed.  However, Plaintiffs' statement indicated an intent to proceed against the remaining Defendants, Lucia Liao and Margarette Ting.

On August 13, 2009, Defendants Liao and Ting filed separate notices of bankruptcy. Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file, on or before **August 19, 2009,** a statement indicating whether they concede that this case is now stayed as to all Defendants pending resolution of the bankruptcy proceedings.  If Plaintiffs do not agree that the matter is stayed in its entirety, they shall set forth in their statement what part of their case they believe remains active.

**IT IS SO ORDERED.**

Dated:   08/14/09

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

United States District Court

For the Northern District of California